UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : DOCKET NO: ~~304CR0027~~ (SRU) |
| | : |
| DONALD COX, | : |

## VOLUNTARY WAGE GARNISHMENT

WHEREAS, on February 7, 2002, judgment was imposed upon Defendant Cox for restitution in the amount of $607,000.00, plus interest, and a $100.00 special assessment, and

WHEREAS, the Government and Defendant Cox, now desire to enter into a voluntary wage garnishment for payment of the judgment;

THEREFORE, it is hereby agreed by the Government and Defendant Cox and ORDERED by the Court that:

1. A voluntary wage garnishment in the amount of $50.00 per week shall commence on June 5, 2006 and continue each and every week until judgment plus interest is paid in full.

2. The amount of the voluntary wage garnishment may be modified by mutual agreement of the parties or on motion of either party after consideration of the Defendant's financial circumstances.

3. The Government reserves the right to collect upon this judgment in any manner provided by law.

4. In addition to regular weekly payments, in accordance with Paragraph 1, the Government will submit the debt to the Department of Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment that Defendant Cox would normally receive may be offset and applied to this debt.

5. The Government further reserves the right to secure the amount of the judgment at any time by filing a lien on any property owned by the defendant.

Entry of the foregoing voluntary wage garnishment is consented to by:

For the United States of America:

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DATED: June 6, 2006

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06508
ATTORNEY BAR NO: CT03393
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

DATED: 6/5/06

DONALD COX
~~22 DONAHUE DRIVE~~ 144 _7 v~~ ST.
~~NORWICH,~~ CONNECTICUT ~~06360-4801~~
Willimantic                    06226

APPROVED and SO ORDERED on this 23rd day of June, 2006, at Bridgeport, Connecticut.

STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE

United States District Court
District of Connecticut
FILED AT BRIDGEPORT

6 23